UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 3:23-cv-00237-MMH-PDB

MARGARET MARTINEZ, on behalf of
herself and others similarly situated,

    Plaintiff,

vs.

HEARD & SMITH, LLP and
DIGITAL MEDIA SOLUTIONS, LLC,

    Defendants.

_____

## DECLARATION OF NEIL E. ASNEN

Neil E. Asnen hereby declares, under penalty of perjury, that the following is true and correct:

1. I am a partner of the law firm of Klein Moynihan Turco LLP, attorneys for Defendant Digital Media Solutions, LLC ("DMS"). I submit this declaration for the limited purpose of apprising the Court of the procedural history of this matter and to identify certain relevant documents in support of DMS's motion for summary judgment on the issue of Plaintiff's consent.

2. On March 1, 2023, Plaintiff initiated this lawsuit through the filing of a complaint seeking relief for DMS's alleged violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") and Florida Telephone Solicitation Act, Section 501.059, Florida Statutes ("FTSA"). A true and accurate copy of the Complaint is annexed hereto as Exhibit A and was filed as ECF No. 1.

3. On May 1, 2023, DMS filed its Answer to the Complaint with Affirmative Defenses. A true and accurate copy of DMS's Answer with Affirmative Defenses is annexed hereto as Exhibit B and was filed as ECF No. 26.

4. On May 8, 2023, in accordance with the Court's TCPA Scheduling Order, I personally served on all counsel of record, DMS's relevant document production, which consisted of, among other things, a recording of the February 2, 2023 call at issue which is accessible through this [hyperlink](hyperlink).

5. On June 21, 2023, DMS served responses to the Court-ordered Interrogatories, a true and accurate copy of which is annexed hereto as Exhibit C.

6. On July 24, 2023, the parties submitted a Joint Case Management Report in which DMS indicated its position that discovery should be phased and/or bifurcated owing to Plaintiff's provision of prior express written consent to receive the exact telephone calls at issue. ECF No. 46.

7. On August 10, 2023, the Court held a Preliminary Conference in which argument was presented by the parties on the propriety of phased/bifurcated discovery.

8. On August 29, 2023, the Court entered a Scheduling Order bifurcating discovery in which the initial phase of discovery was to be limited to the issue of Plaintiff's consent. ECF No. 49.

9. On November 14, 2023 ActiveProspect, Inc. was served with subpoena issued by DMS pursuant to Fed. R. Civ. P. 45.

10. On November 17, 2023, Plaintiff Margaret Martinez provided testimony under oath pursuant to a deposition noticed. A true and accurate copy of the transcript of Ms. Martinez's deposition testimony is annexed hereto as Exhibit D.

11. On December 15, 2023, ActiveProspect, Inc. produced a declaration from Steve Rafferty, its Chief Executive Officer, a true and accurate copy of which, with supporting documents, is annexed hereto as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 16, 2023

_____
Neil E. Asnen