# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARGARET MARTINEZ, on behalf
of herself and others similarly
situated,

    Plaintiff,

v.                                    Case No. 3:23-cv-237-MMH-PDB

DIGITAL MEDIA SOLUTIONS,
LLC,

    Defendant.
_____/

# **O R D E R**

**THIS CAUSE** is before the Court on Defendant's untitled motion for summary judgment (Doc. 58; Motion) and Defendant Digital Media Solutions, LLC's Statement of Uncontested Material Facts in Support of Motion for Summary Judgment (Doc. 59; Statement), both filed on January 16, 2024.

Local Rule 3.01(a) for the United States District Court, Middle District of Florida (Local Rule(s)) provides that a motion "must include—<u>in a single document no longer than twenty-five pages inclusive of all parts</u>—a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." <u>See</u> Local Rule 3.01(a) (emphasis added). Defendant has violated the "single document"

requirement of this Local Rule by filing the Motion and Statement separately. Moreover, had Defendant combined the Statement with the Motion as required, the document would have exceeded the page limit. Accordingly, it is

**ORDERED:**

1. Defendant's untitled motion for summary judgment (Doc. 58) and Defendant Digital Media Solutions, LLC's Statement of Uncontested Material Facts in Support of Motion for Summary Judgment (Doc. 59) are **STRICKEN**.

2. Defendant shall have up to and including **January 29, 2024**, to file an amended motion for summary judgment. Defendant shall review and comply with the Local Rules of this Court prior to refiling the motion.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of January, 2024.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies to:

Counsel of Record