# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARGARET MARTINEZ, on behalf of herself and others similarly situated,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.　3:23-cv-237-MMH-PDB

DIGITAL MEDIA SOLUTIONS, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal (Dkt. No. 72; Stipulation) filed on May 7, 2024.  In the Stipulation, the parties request dismissal of this matter.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1.　Plaintiff's individual claims are **DISMISSED with prejudice**.

2.　The claims of the putative class members are **DISMISSED without prejudice**.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of May, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record